UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 1 6 2025

NATHAN OCHSNER
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. **B-25-731** |
| CRISTIAN ANTONIO BARROSO-VILLALOBOS | | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 27, 2025, in the Southern District of Texas, Defendant,

**CRISTIAN ANTONIO BARROSO-VILLALOBOS,**

an alien previously denied admission, excluded, deported, and removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security.

In violation of Title 8, United States Code, Section 1326(a).

### COUNT TWO

On or about August 27, 2025, in the Southern District of Texas, Defendant,

**CRISTIAN ANTONIO BARROSO-VILLALOBOS,**

did intentionally and forcibly resist, oppose, impede, and interfere with D.S.D., a Homeland Security Investigations Agent, while D.S.D. was engaged in the performance of his official duties, to wit: while D.S.D. was conducting immigration inspections at a worksite in Harlingen, Texas, defendant, in an effort to avoid inspection quickly moved to an automobile and attempted to flee by recklessly driving his vehicle offroad and causing his vehicle to strike another vehicle.

In violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL:

_____

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____

WILLIAM F. HAGEN
Assistant United States Attorney