## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | §     CRIMINAL NO. B-25-0731 |
| CRISTIAN ANTONIO BARROSO-VILLALOBOS | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### AND FED. R. CRIM. PROC. 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, CRISTIAN ANTONIO BARROSO-VILLALOBOS, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED the _23rd_ day of _September_, 2025.

_____
CRISTIAN ANTONIO BARROSO-VILLALOBOS
Defendant

_____
Arturo Vasquez
Attorney for Defendant

_____
William Hagen
Assistant United States Attorney