United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 1:25-CR-00731 |
| | § | |
| CRISTIAN ANTONIO BARROSO-VILLALOBOS | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

No objection has been received to the Report and Recommendation filed by the United States Magistrate Judge, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

Signed on January 16, 2026.

_____
Rolando Olvera
United States District Judge